1  Susan St. Vincent
   Acting Legal Officer
2  Matthew McNease
   Acting Legal Officer
3  NATIONAL PARK SERVICE
4  Legal Office
   P.O. Box 517
5  Yosemite, California  95389
   Telephone:  (209) 372-0241
6

7

8

9 UNITED STATES DISTRICT COURT

10 EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA,  | No. 6:12-mj-102-MJS

13 | Plaintiff,

14 | v. | **MOTION TO DISMISS; AND ORDER THEREON**

15 | HENRY MANNING,

16 | Defendant.

17

18

19 Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of

20 Court endorsed hereon, the United States hereby moves the Court for an order of

21 dismissal without prejudice in the interest of justice, as MANNING has completed the

22 terms of a Deferred Prosecution Agreement.

23

24 Dated:  November 25, 2013     NATIONAL PARK SERVICE

25

26      /S/ Matthew McNease
        Matthew McNease
27      Acting Legal Officer

28

1

# **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *U.S. v. Henry Manning*, 6:12-mj-102-MJS, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:  November 26, 2013            /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE